UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO<br>1300 L Street, NW<br>Washington, DC 20005<br><br>CONSUMER ALLIANCE FOR POSTAL SERVICES (CAPS)<br>1801 K Street, NW<br>suite 500<br>Washington, DC 20006<br>Plaintiffs,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br>475 L'Enfant Plaza, SW<br>Washington, DC  20260,<br><br>and<br><br>MAILERS TECHNICAL ADVISORY COMMITTEE<br>475 L'Enfant Plaza, SW<br>Room 2P736<br>Washington, DC  20260-0736,<br><br>Defendants. | Civil Action No. No.1:07CV00990 (JR) |

AFFIDAVIT OF SERVICE

I, Barbara Zibordi, in lieu of an affidavit as permitted by 28 U.S.C. 1746, declare under penalty of perjury that the following is true:

On June 5, 2007, the following party was served with the Summons and Complaint in this matter by certified mail, return receipt requested, as follows:

Susan M. Plonkey
Vice President, Customer Service
Postal Chair of MTAC
MAILERS TECHNICAL
ADVISORY COMMITTEE
475 L'Enfant Plaza, SW, Room 2P736
Washington, DC 20260-0736

True copy of the signed return receipt is attached.

Dated: 6/07/07

*Barbara Zibordi*
Barbara Zibordi

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*  C. Date of Delivery |
| 1. Article Addressed to:<br>Susan M. Plonkey<br>Vice President, Customer Service<br>Postal Chair of MTAC<br>MAILERS TECHNICAL ADVISORY COMMITTEE<br>475 L'Enfant Plaza, SW, Room 2P736<br>Washington, DC 20260-0736 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7000 1670 0011 0540 9278 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

Darryl J. Anderson
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, N.W., Suite 1200
Washington, D.C. 20005

JUN -7 2007

**UNITED STATES POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7000 1670 0011 0540 9278**
Detailed Results:

- **Delivered, June 05, 2007, 9:13 am, WASHINGTON, DC 20260**
- **Arrival at Unit, June 05, 2007, 2:47 am, WASHINGTON, DC 20022**
- **Acceptance, June 01, 2007, 4:03 pm, WASHINGTON, DC 20043**

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS       site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust                Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy