UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO<br>　　1300 L Street, NW<br>　　Washington, DC 20005<br><br>CONSUMER ALLIANCE FOR POSTAL SERVICES (CAPS)<br>　　1801 K Street, NW<br>　　suite 500<br>　　Washington, DC 20006<br>　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES POSTAL SERVICE,<br>　　475 L'Enfant Plaza, SW<br>　　Washington, DC 20260,<br><br>　　and<br><br>MAILERS TECHNICAL ADVISORY COMMITTEE<br>　　475 L'Enfant Plaza, SW<br>　　Room 2P736<br>　　Washington, DC 20260-0736,<br><br>　　Defendants. | Civil Action No. No.1:07CV00990 (JR) |

AFFIDAVIT OF SERVICE

I, Barbara Zibordi, in lieu of an affidavit as permitted by 28 U.S.C. 1746, declare under penalty of perjury that the following is true:

On June 5, 2007, the following party was served with the Summons and Complaint in this matter by certified mail, return receipt requested, as follows:

United States Postal Service
475 L'Enfant Plaza, SW
Washington, DC 20260

True copy of the signed return receipt is attached.

Dated: 6/12/07

_Barbara Zibordi_
Barbara Zibordi

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>M. Burres  6/5/07 |
| 1. Article Addressed to:<br><br>United States Postal Service<br>475 L'Enfant Plaza, SW<br>Washington, DC 20260 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7000 0600 0024 8809 9838 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Darryl J. Anderson
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, N.W., Suite 1200
Washington, D.C. 20005

JUN -7 2007