UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO<br>1300 L Street, NW<br>Washington, DC 20005<br><br>CONSUMER ALLIANCE FOR POSTAL SERVICES (CAPS)<br>1801 K Street, NW<br>suite 500<br>Washington, DC 20006<br>Plaintiffs,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br>475 L'Enfant Plaza, SW<br>Washington, DC  20260,<br><br>and<br><br>MAILERS TECHNICAL ADVISORY COMMITTEE<br>475 L'Enfant Plaza, SW<br>Room 2P736<br>Washington, DC  20260-0736,<br><br>Defendants. | Civil Action No. No.1:07CV00990 (JR) |

AFFIDAVIT OF SERVICE

I, Barbara Zibordi, in lieu of an affidavit as permitted by 28 U.S.C. 1746, declare under penalty of perjury that the following is true:

On June 5, 2007, the following party was served with the Summons and Complaint in this matter by certified mail, return receipt requested, as follows:

Civil Process Clerk
U.S. Attorney for the District of Columbia
555 4th Street, NW
Washington, DC 20001

True copy of the signed return receipt is attached.

Dated: 6/12/07

_____
Barbara Zibordi

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>JUN 0 5 2007 |
| 1. Article Addressed to:<br><br>Civil Process Clerk at Office of<br>United States Attorney<br>District of Columbia<br>555 4th Street, NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| 2. Article Number<br>(Transfer from service label)  7000 1670 0011 0540 9506 | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

---

UNITED STATES POSTAL SERVICE    First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Darryl J. Anderson
O'Donnell, Schwartz & Anderson, P C
1300 L Street, N.W., Suite 1200
Washington, D.C. 20005

JUN 1 2 2007