UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO<br>　　1300 L Street, NW<br>　　Washington, DC 20005<br><br>CONSUMER ALLIANCE FOR POSTAL SERVICES (CAPS)<br>　　1801 K Street, NW<br>　　suite 500<br>　　Washington, DC 20006<br>　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES POSTAL SERVICE,<br>　　475 L'Enfant Plaza, SW<br>　　Washington, DC  20260,<br><br>　　and<br><br>MAILERS TECHNICAL ADVISORY COMMITTEE<br>　　475 L'Enfant Plaza, SW<br>　　Room 2P736<br>　　Washington, DC  20260-0736,<br><br>　　Defendants. | Civil Action No. No.1:07CV00990 (JR) |

AFFIDAVIT OF SERVICE

I, Barbara Zibordi, in lieu of an affidavit as permitted by 28 U.S.C. 1746, declare under penalty of perjury that the following is true:

On June 5, 2007, the following party was served with the Summons and Complaint in this matter by certified mail, return receipt requested, as follows:

Attorney General Alberto Gonzales
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

True copy of the signed return receipt is attached.

Dated: 6/12/07

*Barbara Zibordi*
Barbara Zibordi

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Attorney General Alberto Gonzales
   United States Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 JUN 5 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)  7000 0600 0024 8809 9845

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Darryl J. Anderson
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, N.W., Suite 1200
Washington, D.C. 20005       JUN 1 2 2007