UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN POSTAL WORKERS UNION,<br>AFL-CIO<br>1300 L Street, NW<br>Washington, DC 20005<br><br>CONSUMER ALLIANCE FOR POSTAL<br>SERVICES (CAPS)<br>1801 K Street, NW, Suite 500<br>Washington, DC 20260<br><br>          Plaintiffs<br><br>     v.<br><br>UNITED STATES POSTAL SERVICE<br>475 L'Enfant Plaza, SW<br>Washington, DC 20260<br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-0990 (JR)<br>(ECF) |

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Andrea McBarnette, Assistant United States Attorney, as counsel of record for the defendant, in the above-captioned case.

Respectfully submitted,

/s/
_____
ANDREA McBARNETTE
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7153
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of June, 2007, I caused the foregoing Praecipe to be served on plaintiff's attorney, Darryl J. Anderson, via Electronic Case Filing (ECF).

DARRYL J. ANDERSON
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street NW, Suite 1200
Washington, DC 20005

/s/
_____
ANDREA McBARNETTE
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7153