UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, | ) ) ) | |
| CONSUMER ALLIANCE FOR POSTAL SERVICES (CAPS), | ) ) ) | |
| Plaintiffs | ) ) ) | Civil Action No. 07-0990 (JR) |
| v. | ) ) | |
| UNITED STATES POSTAL SERVICE, | ) ) | |
| MAILERS TECHNICAL ADVISORY COMMITTEE, | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that Marsha Edney will replace Andrea McBarnette as counsel of record for the federal defendant in the above-captioned case.

Dated: July 18, 2007          Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

       /s/ Marsha Edney
ARTHUR R. GOLDBERG
MARSHA S. EDNEY
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., N.W., Rm 7148
Washington, D.C. 20530
(202) 514-4520
(202) 318-1287 (fax)

Attorneys for Federal Defendant