UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, <br><br> CONSUMER ALLIANCE FOR POSTAL SERVICES (CAPS), <br><br>         Plaintiffs <br><br>     v. <br><br> UNITED STATES POSTAL SERVICE, <br><br> MAILERS TECHNICAL ADVISORY COMMITTEE, <br><br>         Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    Civil Action No. 07-0990 (JR) |

**FEDERAL DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Federal Defendant, the United States Postal Service, through undersigned counsel, hereby respectfully requests a short extension of time up to and including August 17, 2007, to file its Answer or otherwise respond to the Complaint. Currently, federal defendants' Answer is due on August 6, 2007. This extension is requested for good cause because defendant's counsel will be out of the office on a previously scheduled vacation from July 21 until July 31, 2007. Additionally, defendant's counsel has a court appearance in another matter in Philadelphia on August 2, 2007. Therefore, defendants' counsel will be unable to respond by August 6, 2007. Defendant's counsel has contacted counsel for the plaintiffs, Richard Edelman, and he has informed counsel that his client will not agree to this extension. A proposed order is attached for the Court's convenience.

Dated: July 18, 2007                    Respectfully Submitted,

                                        PETER D. KEISLER
                                        Assistant Attorney General

                                        JEFFREY A. TAYLOR
                                        United States Attorney

                                        _____/s/ Marsha Edney_____
                                        ARTHUR R. GOLDBERG
                                        MARSHA S. EDNEY
                                        U.S. Department of Justice, Civil Division
                                        20 Massachusetts Ave., N.W., Rm 7148
                                        Washington, D.C. 20530
                                        (202) 514-4520
                                        (202) 318-1287 (fax)

                                        Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO,<br><br>CONSUMER ALLIANCE FOR POSTAL SERVICES (CAPS),<br><br>Plaintiffs<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>MAILERS TECHNICAL ADVISORY COMMITTEE,<br><br>Defendants. | Civil Action No. 07-0990 (JR) |

**PROPOSED ORDER**

Upon consideration of Federal Defendant's Motion for an extension of time in which to file an Answer or Otherwise Plead, it is hereby ORDERED, that defendant's motion for an extension of time is GRANTED;

And it is further ORDERED, that defendant shall file its Response to the Complaint on or before August 17, 2007.

Dated: July __, 2007

_____
JAMES ROBERTSON
U.S. DISTRICT JUDGE