UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO,<br><br>CONSUMER ALLIANCE FOR POSTAL SERVICES (CAPS),<br><br>          Plaintiffs<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>MAILERS TECHNICAL ADVISORY COMMITTEE,<br><br>          Defendants. | Civil Action No. 07-0990 (JR) |

**PROPOSED ORDER**

Upon consideration of Federal Defendant's Motion for an extension of time in which to file an Answer or Otherwise Plead, it is hereby ORDERED, that defendant's motion for an extension of time is GRANTED;

And it is further ORDERED, that defendant shall file its Response to the Complaint on or before August 17, 2007.

Dated: July 18, 2007

_Henry Kennedy Jr. for_
JAMES ROBERTSON
U.S. DISTRICT JUDGE