UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO,<br><br>CONSUMER ALLIANCE FOR POSTAL SERVICES (CAPS),<br><br>　　　　Plaintiffs,<br>　　v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>MAILERS TECHNICAL ADVISORY COMMITTEE,<br><br>　　　　Defendants. | Civil Action No. 07-0990 (JR) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please take notice that Kathryn L. Wyer will replace Marsha Edney as counsel of record for the federal defendant in the above-captioned case.

Dated: August 17, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
JEFFREY A. TAYLOR
United States Attorney

/s/ Kathryn L. Wyer
ARTHUR R. GOLDBERG
KATHRYN L. WYER
U.S. Department of Justice, Civil Division
20 Massachusetts Ave. NW, Room 7218
Washington, D.C. 20001
Telephone: (202) 616-8475 / Fax: (202) 616-8202
kathryn.wyer@usdoj.gov
*Attorneys for Federal Defendant*
*United States Postal Service*