UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                          )
AMERICAN POSTAL WORKERS                 )
UNION, AFL-CIO                                      )
                                                          )
and                                                        )
                                                          )
CONSUMER ALLIANCE FOR POSTAL       )
SERVICES (CAPS)                                   )
                                                          )
        Plaintiffs,                                     )
                                                          )
                v.                                         )          Civil Action No. 07-0990 (JR)
                                                          )
UNITED STATES POSTAL SERVICE,         )
                                                          )
        and                                                )
                                                          )
MAILERS TECHNICAL ADVISORY          )
COMMITTEE                                          )
                                                          )
        Defendants.                                    )
_____ )

**UNOPPOSED MOTION FOR EXTENSION OF TIME
FOR FILING RESPONSE TO MOTION FOR DISMISSAL**

Plaintiffs, the American Postal Workers Union, AFL-CIO ("APWU" or "Union") and the

Consumer Alliance for Postal Services ("CAPS"), respectfully move the Court for an extension of

their time to respond to the motion to dismiss filed by the United States Postal Service ("USPS")

in the above-captioned matter, to and including Monday September 10, 2007.  In support of this

motion, plaintiffs state that the extension is necessary because of other litigation commitments of

their lead counsel, Richard S. Edelman.

Pursuant to an order granting the USPS an extension of its time to answer or otherwise

1

plead in response to the APWU/CAPS complaint, the USPS filed its motion to dismiss on Friday, August 17, 2007; under this Court's rules, the APWU/CAPS response is currently due by August 28, 2007. However, Mr. Edelman will have to file a reply brief in support of a motion for summary judgment in *BNSF Railway v. Brotherhood of Maintenance of Way Employes Division/IBT* ,(N.D. TX. Civil Action No: 4:07-CV-017-A) on August 30, 2007; the time for filing of that brief has already been extended once. Additionally, on August 21, 2007, Mr. Edelman will receive a brief from the appellee to the Court of Appeals for the 11th Circuit in *Brotherhood of Locomotive Engineers and Trainmen General Committee of Adjustment CSX Transportation Northern Lines v. CSX Transportation*, (No. 07-12624-A) to which a reply is due on September 4, 2007.  Mr. Edelman is also counsel for two unions that are participants in a multi-party proceeding before the Surface Transportation Board in *Michigan Central Ry.* (Finance Docket No. 30563); by STB order, comments of all parties in that case are also due on September 4, 2007. Additionally, on August 23, 2007, Mr. Edelman will receive a brief in opposition to a motion for summary judgment in *Opsatnik v. Norfolk Southern Corp and Brotherhood of Locomotive Engineers and Trainmen and BLET Local Division 590*, W.D. Pa. Civil Action No.06-81; a reply brief will be due in that case on September 7, 2007. The other counsel for plaintiffs in the instant case, Darryl J. Anderson  is has been on vacation since the USPS motion was filed and will not return to the office until September 4, 2007.

Counsel for plaintiffs has discussed this matter with counsel for the USPS who has graciously authorized counsel for the plaintiffs to state that the USPS does not object to this motion.

For the foregoing reasons, APWU and CAPS respectfully request that this motion be

2

granted, and that their time for filing a response to the motion to dismiss be extended to and including September 10, 2007.

Respectfully submitted,

Respectfully submitted,

_____/s/_____

Richard S. Edelman
O'Donnell, Schwartz & Anderson, P.C.
1900 L Street, N.W., Suite 800
Washington, DC 20036
Telephone: (202) 898-1824
Facsimile: (202) 429-8928
e-mail:REdelman@odsalaw.com

Darryl J. Anderson
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, N.W., Suite 1200
Washington, DC 20005
Telephone: (202) 898-1707
Facsimile: (202) 682-9276
e-mail: Danderson@odsalaw.com

Attorneys for Plaintiff American Postal Workers
Union  and Consumer Alliance for Postal Services

August 20, 2007

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
AMERICAN POSTAL WORKERS                 )
UNION, AFL-CIO                          )
                                        )
and                                     )
                                        )
CONSUMER ALLIANCE FOR POSTAL            )
SERVICES (CAPS)                         )
                                        )
        Plaintiffs,                     )
                                        )
        v.                              )        Civil Action No. 07-0990 (JR)
                                        )
UNITED STATES POSTAL SERVICE,           )
                                        )
        and                             )
                                        )
MAILERS TECHNICAL ADVISORY              )
COMMITTEE                               )
                                        )
        Defendants.                     )
_____ )

[proposed] **ORDER**

_____Upon consideration of plaintiffs' Unopposed Motion for Extension of Time for Filing

Response to Motion for Dismissal, and the entire record herein, it is hereby

        ORDERED that the motion is granted, and that the time for plaintiffs to file their response

to the United States Postal Service's motion to dismiss is extended to and including September

10, 2007

_____            _____
Date                             United States District Judge