UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO,<br><br>CONSUMER ALLIANCE FOR POSTAL SERVICES (CAPS),<br><br>    Plaintiffs,<br>  v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>MAILERS TECHNICAL ADVISORY COMMITTEE,<br><br>JOHN E. POTTER in his official capacity as Postmaster General and Chief Executive Officer, United States Postal Service<br><br>    Defendants. | Civil Action No. 07-0990 (JR) |

### UNOPPOSED MOTION BY FEDERAL DEFENDANTS TO EXTEND TIME TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

In accordance with Fed. R. Civ. P. 6(b), federal defendant, by undersigned counsel, hereby respectfully move the Court to extend the deadline for filing a reply in support of their Motion to Dismiss Plaintiffs' Amended Complaint in the above-captioned matter.  Plaintiffs filed their Amended Complaint on September 13, 2007.  Federal defendants filed a Motion to Dismiss on October 1, 2007, and plaintiffs filed a response on October 15, 2007.  Under LCvR 7(d) and Fed. R. Civ. P. 6(e), federal defendants' reply is currently due on October 25.  Counsel for federal defendants currently has four other deadlines for submitting briefs in three other cases between October 22 and November 5, 2007.  In order to submit a thorough and adequate reply responding to the issues raised in plaintiffs' response brief, federal defendants therefore  request

that the deadline for filing their reply be extended until November 13, 2007. Pursuant to LCvR 7(m), counsel for federal defendants has conferred with counsel for plaintiffs, Richard S. Edelman, and counsel for plaintiffs has stated he does not object to this proposed extension.

Dated: October 18, 2007　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　PETER D. KEISLER
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/ Kathryn L. Wyer
　　　　　　　　　　　　　　　　　　　　ARTHUR R. GOLDBERG
　　　　　　　　　　　　　　　　　　　　KATHRYN L. WYER
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice, Civil Division
　　　　　　　　　　　　　　　　　　　　20 Massachusetts Ave., NW,
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 616-8475 / Fax: (202) 616-8202
　　　　　　　　　　　　　　　　　　　　kathryn.wyer@usdoj.gov
　　　　　　　　　　　　　　　　　　　　*Attorneys for Federal Defendants*
　　　　　　　　　　　　　　　　　　　　*United States Postal Service & John E. Potter*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, <br><br> CONSUMER ALLIANCE FOR POSTAL SERVICES (CAPS), <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES POSTAL SERVICE, <br><br> MAILERS TECHNICAL ADVISORY COMMITTEE, <br><br> JOHN E. POTTER in his official capacity as Postmaster General and Chief Executive Officer, United States Postal Service <br><br> Defendants. | Civil Action No. 07-0990 (JR) |

### [Proposed] ORDER

Upon consideration of the Unopposed Motion by Federal Defendants to Extend Time to File a Reply in Support of Their Motion to Dismiss Plaintiffs' Amended Complaint, it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that Federal Defendants shall file their reply brief in support of their Motion to Dismiss Plaintiffs' Amended Complaint on or before November 13, 2007.

_____
The Honorable James Robertson
United States District Judge