UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO | ) ) ) ) | |
| and | ) ) | |
| CONSUMER ALLIANCE FOR POSTAL SERVICES (CAPS) | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-0990 (JR) |
| UNITED STATES POSTAL SERVICE, | ) ) ) | |
| MAILERS TECHNICAL ADVISORY COMMITTEE, and | ) ) ) ) | |
| JOHN E POTTER, POSTMASTER GENERAL | ) ) ) ) | |
| Defendants. | ) ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF
IN OPPOSITION TO MOTION TO DISMISS AMENDED COMPLAINT
<u>IN EXCESS OF PAGE LIMITATION</u>**

Plaintiffs, the American Postal Workers Union, AFL-CIO ("APWU" or "Union") and the Consumer Alliance for Postal Services ("CAPS"), respectfully move the Court for permission for filing of their brief in opposition to the motion of the United States Postal Service ("USPS") and John E. Potter for dismissal of plaintiffs' amended complaint that exceeds the page limitation for opposition briefs. In support of this motion plaintiffs state that this case involves a number of parties with different claims and defenses as well as different and complex legal issues under

1

several different statutes. Plaintiffs' brief in response to the motion to dismiss the original complaint was 45 pages. The brief supporting the motion to dismiss the amended complaint involved facts and arguments in addition to the facts and arguments set forth in the brief supporting the original motion to dismiss. The new opposition brief therefore had to respond to the new facts and arguments in addition to the facts and arguments that were repeated, so the new opposition brief was 50 pages long. Plaintiffs further state that their lead counsel Richard Edelman believed that the page limitation for opposition briefs was 50 pages, but recently realized that he had been thinking of the page limitation established in another court where he recently filed a brief in opposition to a motion. Accordingly a motion for leave to exceed the page limitation was not filed when the brief itself was filed.

Counsel for plaintiffs has discussed this matter with counsel for the USPS and Postmaster General Potter who has graciously authorized counsel for the plaintiffs to state that the USPS does not object to this motion.

For the foregoing reasons, APWU and CAPS respectfully request that this motion be granted, and that their 50 page brief be accepted.

Respectfully submitted,

\_\_\_/s/_____
Richard S. Edelman (D.C. Bar No. 414348)
O'Donnell, Schwartz & Anderson, P.C.
1900 L Street, N.W., Suite 800
Washington, DC 20036
Telephone: (202) 898-1824
Facsimile: (202) 429-8928
e-mail:REdelman@odsalaw.com

Darryl J. Anderson (D.C. Bar No. 154567)
Jennifer L. Wood (D.C. Bar No.500887)

                    O'Donnell, Schwartz & Anderson, P.C.
                    1300 L Street, N.W., Suite 1200
                    Washington, DC 20005
                    Telephone: (202) 898-1707
                    Facsimile: (202) 682-9276
                    e-mail: Danderson@odsalaw.com

Attorneys for Plaintiff American Postal Workers Union and Consumer Alliance for Postal Services

October 18, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO<br><br>and<br><br>CONSUMER ALLIANCE FOR POSTAL SERVICES (CAPS)<br><br>　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>MAILERS TECHNICAL ADVISORY COMMITTEE, and<br><br>JOHN E POTTER, POSTMASTER GENERAL<br><br>　　Defendants. | Civil Action No. 07-0990 (JR) |

[proposed] **ORDER**

_____ Upon consideration of plaintiffs' Unopposed Motion for Leave to File Brief in Opposition to Motion to Dismiss Amended Complaint in Excess of Page Limitation, and the entire record herein, it is hereby

ORDERED that the motion is granted, and that plaintiffs have permission for filing a brief in excess of the ususal page limitations.

_____            _____
Date                            United States District Judge