**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, *et al.*, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 07-0990 (JR) |
| UNITED STATES POSTAL SERVICE, *et al.*, | : : : : | |
| Defendants. | : | |

### ORDER

For the reasons set forth in the accompanying memorandum, defendants' motion to dismiss [17] is **GRANTED**.

                                                        JAMES ROBERTSON
                                                  United States District Judge